IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41030
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PEDRO VALLE-GONZALEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-176-1
--------------------
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges

PER CURIAM:[*]

Pedro Valle-Gonzalez appeals his conviction of unlawfully attempting to reenter the United States after having been deported, in violation of 8 U.S.C. § 1326. He argues only that the indictment was insufficient because it failed to allege that he specifically intended to enter the United States unlawfully. As Valle-Gonzalez acknowledges, this argument is forestalled by this court's holding in United States v. Trevino-Martinez, 86 F.3d 65, 69 (5th Cir. 1996). Accordingly, his conviction is

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.